Maha M. Kabbash, Esq. (MK-0163)
**TUCKER ELLIS LLP**
1776 On the Green
67 E. Park Place, Suite 900
Morristown, New Jersey 07960
Phone:        862-261-2532
Fax:          862-261-2551
maha.kabbash@tuckerellis.com

Caroline M. Tinsley, Esq. (MO #49377)
**TUCKER ELLIS LLP**
100 South 4th St., Suite 600
St. Louis, MO 63102
Phone:        314-256-2550
Fax:          314-256-2549
caroline.tinsley@tuckerellis.com

*Attorneys for Defendant PTI Union, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |
| **This Document Relates to:**<br><br>DONNA HALL,<br><br>    Plaintiff,<br><br>v.<br><br>IMERYS TALC AMERICA, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 3:21-cv-11880-FLW-LHG<br><br>**LOCAL RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING OF DEFENDANT PTI UNION, LLC** |

The undersigned, as counsel of record for Defendant PTI Union, LLC, provides the following information in compliance with L. Civ. R. 7.1.1:

No person or entity that is not a party to this matter is providing funding for some or all of the attorneys' fees and expenses of Defendant PTI Union, LLC.

Dated: July 22, 2025

        Respectfully submitted,

        *s/ Maha M. Kabbash*

        Maha M. Kabbash, Esq. (MK-0163)
        **TUCKER ELLIS LLP**
        1776 On the Green
        67 E. Park Place, Suite 900
        Morristown, New Jersey 07960
        Phone:    862-261-2532
        Fax:    862-261-2551
        maha.kabbash@tuckerellis.com

        Caroline M. Tinsley, Esq. (MO #49377)
        **TUCKER ELLIS LLP**
        100 South 4th St., Suite 600
        St. Louis, MO 63102
        Phone:    314-256-2550
        Fax:    314-256-2549
        caroline.tinsley@tuckerellis.com

        *Attorneys for Defendant PTI Union, LLC*